ETHEL M. DORRANCE, GEORGE MORRIS DORRANCE, M. D., ARTHUR C. DORRANCE AND CAMDEN SAFE DEPOSIT AND TRUST COMPANY, EXECUTORS OF THE LAST WILL AND TESTAMENT OF JOHN T. DORRANCE, DECEASED, PROSECUTORS, v. J. H. THAYER-MARTIN, STATE TAX COMMISSIONER OF THE STATE OF NEW JERSEY, RESPONDENT.

Submitted October term, 1934—Decided February 8, 1935.

Before Justices TRENCHARD, HEHER and PERSKIE.

For the prosecutors, *John Milton (Nathan Miller* and *Harold Otis,* of the New York bar).

For the respondent, *David T. Wilentz,* attorney-general; *William H. Smathers,* assistant attorney-general, and *Duane E. Minard.*

PER CURIAM.

The writ of *certiorari,* in this case, brings up for review a final decree of the New Jersey Prerogative Court, dated May 11th, 1934, affirming a transfer inheritance tax assessment, made by J. H. Thayer-Martin, state tax commissioner of the State of New Jersey, in the matter of the estate of John T. Dorrance, deceased, as made on October 10th, 1932, and amounting to $12,247,333.52.

We have carefully studied and considered the voluminous records, proofs and briefs herein submitted. The opinions of Buchanan, Vice-Ordinary, in this matter when it came up before him for determination are reported in 115 *N. J. Eq.* 268; 170 *Atl. Rep.* 601, and 116 *N. J. Eq.* 204; 172 *Atl. Rep.* 503. They disclose a very careful analysis and consideration of the proofs as well as the law applicable thereto; they are comprehensive, clear, sound and correct.

We are of the firm opinion that there has been nothing further presented to this court which would merit or justify a disturbance of the results reached by the learned vice-ordinary and with which we are in thorough accord.

Accordingly the decree brought up for review is sustained and the writ of *certiorari* is dismissed, with costs.